**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
LILACH HALPERIN (SBN 323202)
*lilach@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
***Class Counsel***

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE YOUNG and JOYCETTE GOODWIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEUROBRANDS, LLC, a Delaware limited liability company;<br><br>Defendant. | Case No. 4:18-cv-05907-JSW<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARDS**<br><br>Date: October 8, 2021<br>Time: 9:00 a.m.<br>Ctrm: 5<br>Judge: Hon. Jeffrey S. White |

-i-

*Young v. Neurobrands, LLC*, Case No. 4:18-cv-05907-JSW
PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARDS

1    **PLEASE TAKE NOTICE** that on October 8, 2021 at 9:00 a.m., or as soon thereafter as
2    the matter may be heard, in Courtroom 5, 2nd Floor of the United States District Court for the
3    Northern District of California, Oakland Division, located at 1301 Clay Street, Oakland, CA
4    94612, before the Honorable Jeffrey S. White, presiding, Plaintiffs Renee Young and Joycette
5    Goodwin ("Plaintiffs") will and hereby do move this Court pursuant to Federal Rules of Civil
6    Procedure 23(h), for an Order awarding attorneys' fees, costs, and incentive awards. The Law
7    Offices of Ronald A. Marron ("Class Counsel") respectfully requests that the Court award Class
8    Counsel $715,857.80 in attorneys' fees and $34,142.20 in costs incurred in prosecuting this action.
9    Additionally, Plaintiffs Renee Young and Joycette Goodwin respectfully request $5,000.00 each
10   as incentive awards for their efforts in prosecuting this action.

11   The motion is based upon this Notice of Motion, the accompanying Memorandum of Points
12   and Authorities in support of the Motion, the Declaration of Ronald A. Marron in Support of the
13   Motion and Exhibits 1-3 attached thereto, all prior pleadings and proceedings in this matter, and
14   all other evidence and written and oral argument that will be submitted in support of the Motion.

Dated: August 4, 2021                           Respectfully Submitted,

                                                */s/ Ronald A. Marron*
                                                RONALD A. MARRON
                                                *ron@consumersadvocates.com*
                                                Michael T. Houchin
                                                *mike@consumersadvocates.com*
                                                Lilach Halperin
                                                *lilach@consumersadvocates.com*
                                                **LAW OFFICES OF RONALD A.
                                                MARRON, APLC**
                                                651 Arroyo Drive
                                                San Diego, CA 92103
                                                Telephone: (619) 696-9006
                                                Facsimile: (619) 564-6665
                                                ***Class Counsel***

-1-

*Young v. Neurobrands, LLC*, Case No. 4:18-cv-05907-JSW
PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARDS