**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
LILACH HALPERIN (SBN 323202)
*lilach@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
**Class Counsel**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE YOUNG and JOYCETTE GOODWIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEUROBRANDS, LLC, a Delaware limited liability company;<br><br>Defendant. | Case No. 4:18-cv-05907-JSW<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:   October 8, 2021<br>Time:   9:00 a.m.<br>Ctrm:   5<br>Judge:  Hon. Jeffrey S. White |

-i-

*Young v. Neurobrands, LLC*, Case No. 4:18-cv-05907-JSW
PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

1     **PLEASE TAKE NOTICE** that on October 8, 2021 at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 5, 2nd Floor of the United States District Court for the Northern District of California, Oakland Division, located at 1301 Clay Street, Oakland, CA 94612, before the Honorable Jeffrey S. White, presiding, Plaintiffs Renee Young and Joycette Goodwin ("Plaintiffs") will and hereby do move this Court pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(2), and 23(e), for an Order granting final approval of the proposed settlement with Defendant Neurobrands, LLC.

    The unopposed motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities in support of the Motion, the Declaration of Ronald A. Marron in Support of the Motion and Exhibit 1 attached thereto, the Declaration of James Prutsman in Support of the Motion and Exhibits A-C attached thereto, all prior pleadings and proceedings in this matter, and all other evidence and written and oral argument that will be submitted in support of the Motion.

Dated: September 17, 2021           Respectfully Submitted,

                                         */s/ Ronald A. Marron*
                                         RONALD A. MARRON
                                         ron@consumersadvocates.com
                                         Michael T. Houchin
                                         mike@consumersadvocates.com
                                         Lilach Halperin
                                         lilach@consumersadvocates.com
                                         **LAW OFFICES OF RONALD A. MARRON, APLC**
                                         651 Arroyo Drive
                                         San Diego, CA 92103
                                         Telephone: (619) 696-9006
                                         Facsimile: (619) 564-6665
                                         **Class Counsel**

-1-

*Young v. Neurobrands, LLC*, Case No. 4:18-cv-05907-JSW
PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT